1 | Muriel B. Kaplan, Esq. (SBN 124607)
2 | Michele R. Stafford, Esq. (SBN 172509)
  | SALTZMAN & JOHNSON LAW CORPORATION
  | 44 Montgomery Street, Suite 2110
3 | San Francisco, CA 94104
  | Telephone: (415) 882-7900
4 | Facsimile: (415) 882-9287
  | mkaplan@sjlawcorp.com
5 | mstafford@sjlawcorp.com

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No: C12-5378 TEH |
|---|---|
| Plaintiffs, | **REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT and REQUEST TO VACATE HEARING THEREON;** |
| v. | |
| NEHEMIAH ELIJAH BROWN, JR., Individually and *dba* PRECISION DRYWALL CO., | ~~[PROPOSED]~~ **ORDER THEREON** |
| | Date:      February 11, 2013 |
| Defendant. | Time:      10:00 a.m. |
| | Location:  Courtroom 2, 17th Floor |
| |            450 Golden Gate Ave. |
| |            San Francisco, CA 94102 |
| | Judge:     The Honorable Thelton E. Henderson |

I, Michele R. Stafford, declare:

1. I am an attorney at law licensed to practice in the State of California, and am a shareholder of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2. I submit this declaration in support of Plaintiffs' pending Motion for Default Judgment filed on January 7, 2013. I am requesting that default judgment be entered by the Court without the necessity of a hearing, and that the hearing presently set for February 11, 2013 at 10:00 a.m. before the Honorable Thelton E. Henderson be vacated.

**1**      4.      The Notice of Motion and Motion for Default Judgment were served upon
**2** Defendant on January 7, 2013.  Defendant's time for filing any Opposition to the Motion for
**3** Default Judgment has passed, and Defendant have failed to oppose or otherwise contest this
**4** request for default judgment.

**5**      5.      Defendant Brown has a history of ignoring the legal process, of not appearing at
**6** hearings, and of failing to make payment on Judgments, as evidenced in Case Numbers C04-4390
**7** WHA and C06-7509 WHA. The current action is against a new entity, but with the same principal.
**8** Mr. Brown has behaved to date, exactly as he did in prior matters. It is questionable at best as to
**9** whether we will be able to collect.

**10**      6.      In the interest of conserving costs as well as the Court's time and resources,
**11** Plaintiffs respectfully request that the Court enter default judgment without the necessity of a
**12** hearing, and that the currently scheduled February 11, 2013 hearing be vacated. As attorneys' fees
**13** and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds'
**14** loss) at a minimum. Entering Judgment without the necessity of a hearing will keep the fees and
**15** costs at a minimum, particularly in light of the fact that collection is uncertain.

**16** ///
**17** ///
**18** ///
**19** ///
**20** ///
**21** ///
**22** ///
**23** ///
**24** ///
**25** ///
**26** ///
**27** ///
**28** ///

7. To the best of my knowledge and belief, based on my correspondence with him, Defendant Nehemiah Elijah Brown, Jr. *dba* Precision Drywall Co. is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

I declare under penalty of perjury that the foregoing is true to my own knowledge and if called upon I could competently testify thereto.

Executed this 5th day of February, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: /S/Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the hearing on Plaintiffs' Motion for Default Judgment, currently scheduled for February 11, 2013, at 10:00 a.m., is hereby VACATED. Judgment on Plaintiffs' Motion for Default Judgment will be entered on the papers.

Dated: February 6, 2013

THE HONORABLE THELTON E. HENDERSON



IT IS SO ORDERED
Judge Thelton E. Henderson

-3-
REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING
Case No.: C12-5378 TEH
P:\CLIENTS\PATCL\Precision Drywall\Pleadings\MDJ\C12-5378 TEH Request for Entry of Judgment Without Hearing 020513.DOC